UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID TRINIDAD ADAME, | ) | CASE NO. CV 12-879-MWF (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| ROBERT GOWER, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: <u>January 28, 2013</u>.

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\CV 12-879-PJW- judgment.wpd